# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

*Hearing Information:*

|                       |                                                |              |   |
|----------------------:|:-----------------------------------------------|--------------|---|
|               Debtor: | NASHAT & MANAL NAOOM                           |              |   |
|          Case Number: | 15-02484-LT7                                   | **Chapter:** | 7 |
|    Date / Time / Room: | THURSDAY, AUGUST 27, 2015 10:00 AM   DEPARTMENT 3 |           |   |
|     Bankruptcy Judge: | LAURA S. TAYLOR                                |              |   |
|      Courtroom Clerk: | SHAWNA DAHL                                    |              |   |
|         Reporter / ECR: | KAREN CARTER                                 |              |   |

*Matters:*

1) MOTION FOR ORDER AVOIDING JUDICIAL LIEN OF CREDIT ONE CORP (VISTA GRANDE PROPERTY) FILED ON BEHALF OF MANAL AND NASHAT NAOOM

2) MOTION FOR ORDER AVOIDING JUDICIAL LIEN OF CREDIT ONE CORPORATION (ROLANDO BLVD. PROPERTY) FILED ON BEHALF OF MANAL AND NASHAT NAOOM

*Appearances:*

DAVID E. BRITTON, ATTORNEY FOR MANAL NAOOM, NASHAT NAOOM
DIXON GARDNER, ATTORNEY FOR CREDIT ONE CORP.

*Disposition:*

1) Granted pursuant to the Court's Tentative Ruling.  Order to be submitted by Mr. Britton.

2) Continued to 10/29/15 at 10:00 a.m.  Discovery cut-off set as 10/13/15.  Dixon Gardner may appear telephonically at continued hearing upon proper notice to the Courtroom Deputy.