| | |
|---|---|
| CSD 1001C [11/15/04]<br>Name, Address, Telephone No. & I.D. No.<br>**DAVID E. BRITTON, CLS-B   #75926**<br>**LOCKHART & BRITTON**<br>7777 Alvarado Road #622<br>La Mesa, CA 91942<br>(619) 698-6800<br><br>Attorney for | Order Entered on<br>September 11, 2015<br>by Court<br>United States Bankruptcy Court<br>Southern District of California |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West "F" Street, San Diego, California 92101-6991 | **LODGED** |
| In Re<br><br>NASHAT NAOOM & MANAL NAOOM<br><br>                                                                       Debtor. | BANKRUPTCY NO. 15-02484-LT7<br>Date of Hearing: 8/27/15<br>Time of Hearing: 10:00<br>Name of Judge:   LAURA TAYLOR |

## ORDER AFTER HEARING ON MOTION TO AVOID JUDICIAL LIEN

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __43__

//

//

//

//

//

//

DATED:   September 11, 2015

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

  LOCKHART & BRITTON  

By:/s/ **DAVID E. BRITTON**
      Attorney for [x] Movant  [ ] Respondent

CSD 1001C

Debtors' Motion to Avoid Judicial Lien came on for hearing on August 27, 2015, at 10:00 a.m. in Department Three of the Untied States Bankruptcy Court, the Honorable Laura S. Taylor Judge Presiding, David E. Britton appearing for the Debtors and Dixon Gardner appearing for creditor Credit One Corporation .   After oral testimony and documentary evidence having been presented to and considered by the Court, and good cause appearing,

**IT IS ORDERED** that  the judicial lien Credit One Corporation holds against Debtors real property located at 1339 Vista Grande, El Cajon, CA 92019, more particularly described as :

> Lot 8 of County of San Diego Tract 4669, in the County of San Diego, State of California,
> 
> according to Map thereof No. 13113, filed in the Office of the County Recorder of San Diego County
> 
> June 16, 1994,

in the amount of $84,205.54, recorded on April 6, 2011 at the San Diego County Recorder's Office as Document No. 2011-0178762,  be canceled and voided.

/ / /

/ / /

/ / /

CSD 1001C

Signed by Judge Laura Stuart Taylor September 11, 2015