TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR


Debtor:        NASHAT & MANAL NAOOM

Number:        15-02484-LT7

Hearing:        10:00 AM   Thursday, October 29, 2015

Motion:        MOTION FOR ORDER AVOIDING JUDICIAL LIEN OF CREDIT ONE
CORPORATION (ROLANDO BLVD. PROPERTY) FILED ON BEHALF OF MANAL
AND NASHAT NAOOM (fr 8/27/15)


Hear as to status.   The Hearing on this matter was continued to allow Lienholder to
obtain evidence of value.   After the Court's tentative ruling had been posted Lienholder
had submitted the Declarations of appraisers Morgan and Greenwald who valued the
Property at $600,000.   Discovery cut-off was October 13, 2015.   The parties should be
prepared to set dates for an evidentiary hearing as to the value of the Property.